IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD WILSON, <br> ERIC MILES, individually and on behalf <br> of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> STRATOSPHERE CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br> Civil Action No. 05-939 <br><br> Chief Judge Ambrose <br> Magistrate Judge Hay |

**ORDER**

AND NOW, this 21st day of April, 2006, after the plaintiffs, Edward Wilson and Eric Miles, filed an action in the above-captioned case, and after a Motion to Dismiss for Lack of Personal Jurisdiction and for Improper Venue or, in the Alternative, to Transfer Venue to the District of Nevada was submitted by the defendant, Stratosphere Corporation, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by plaintiffs and the response thereto filed by the defendant, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the defendant's Motion to Dismiss for Lack of Personal Jurisdiction [Docket No. 8] is GRANTED and defendant's Motion to Dismiss for

Improper Venue and Motion to Transfer to the District of Nevada [Docket No. 8] is DISMISSED as moot.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiffs desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                                                                                     *Donetta W. Ambrose*
                                                                                     DONETTA W. AMBROSE
                                                                                     Chief United States District Judge


cc:    Honorable Amy Reynolds Hay
        United States Magistrate Judge

        D. Aaron Rihn, Esquire
        Robert F. Daley, Esquire
        Robert N. Peirce, III
        Peirce Law Offices
        707 Grant Street
        2500 Gulf Tower
        Pittsburgh, PA 15219

        Roy W. Arnold, Esquire
        Reed Smith
        435 Sixth Avenue
        Pittsburgh, PA 15219-1886